UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VLADIMIR PITALUGA LINARES,
A#079 427 914;

        Case No. 2:26-cv-634-KCD-DNF

        Plaintiff,

   v.

WARDEN, FLORIDA SOFT SIDE
SOUTH,  U.S. ATTORNEY
GENERAL,

        Defendants,

                      /

## ORDER

This matter is before the Court on Respondents' Motion to Dismiss the *pro se* Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. (Doc. 3.)

While the Court affords liberal construction to *pro se* pleadings, a petition must still contain sufficient factual matter to state a plausible claim for relief. *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998). Conclusory allegations are insufficient to warrant habeas relief. *See Caderno v. United States*, 256 F.3d 1213, 1217 (11th Cir. 2001) (recognizing that a petitioner is not entitled to habeas relief "when his claims are merely conclusory allegations unsupported by specifics or contentions that in the face of the record are wholly incredible").

Petitioner seeks immediate release from ICE custody, alleging he has been detained for 115 days without information regarding his case, despite previously complying with ICE reporting requirements. (Doc. 1.) Respondents argue the petition should be dismissed because it is devoid of sufficient facts or details to evaluate the claim. (Doc. 3.)

The Court agrees with Respondents. The petition lacks the basic factual background required to evaluate the lawfulness of Petitioner's detention. Specifically, the petition fails to state Petitioner's current immigration status, how or when he entered the United States, whether he is currently in removal proceedings or subject to a final order of removal, any pending applications before DHS, and the circumstances surrounding his arrest. Without these rudimentary facts, the Court cannot determine the applicable legal framework. And even if the Court could decipher where we stand, there is no legal argument to substantiate the relief sought.

Accordingly, it is **ORDERED**:

1. Respondents' Motion to Dismiss (Doc. 3) is **GRANTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED without prejudice**.

3. Petitioner is allowed **twenty-one (21) days** from the date of this Order to file an amended petition. Failure to file an amended petition within this timeframe will result in the closure of this case without further notice.

2

**ENTERED** in Fort Myers, Florida on April 1, 2026.

Kyle C. Dudek
United States District Judge